

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00031-CV

**IN RE BGT CARRIERS INC.**, and Joel Avila Zuniga, Relators

Original Proceeding[1]

PER CURIAM

Sitting:        Irene Rios, Justice
                 Lori Massey Brissette, Justice
                 Velia J. Meza, Justice

Delivered and Filed: April 9, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relators filed a petition for writ of mandamus on January 14, 2025. On March 26, 2025, relators filed a motion to withdraw their petition for writ of mandamus because relators and real party in interest reached a full and final settlement, and the trial court dismissed the underlying suit with prejudice, rendering this original proceeding moot.

After consideration, the court GRANTS the motion. Accordingly, relators' petition for writ of mandamus is DISMISSED.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021CVA001597D4, styled *Jesus A. Morales v. BGT Carriers, Inc. and Joel Avila Zuniga*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable David E. Garcia presiding.